# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| COUNTERFLO AB, | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:22-CV-00050-JRG-RSP |
| AMAZON.COM, INC. and AMAZON.COM SERVICES, LLC, | § § § § | (LEAD CASE) |
| *Defendants*. | § § | |
| WALMART INC., | § § § | CIVIL ACTION NO. 2:22-CV-00051-JRG-RSP (MEMBER CASE) |
| *Defendant*. | § § | |

## ORDER

Before the Court is the Joint Motion to Dismiss ("Motion") filed by Counterflo AB ("Plaintiff") and Walmart, Inc. ("Defendant"). (Dkt. No. 68.) In the Motion, the parties represent that they have resolved all claims and counterclaims asserted in this case and request dismissal of all claims by Plaintiff against Defendant with prejudice and all counterclaims by Defendant against Plaintiff without prejudice. (*Id*. at 1.)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims by Plaintiff against Defendant are **DISMISSED WITH PREJUDICE** and all counterclaims by Defendant against Plaintiff **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned cases not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** Member Case No. 2:22-CV-00051 and Lead Case No. 2:22-CV-00050 as no parties or claims remain.

**So ORDERED and SIGNED this 21st day of April, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE